**Electronically Filed
Supreme Court
SCWC-12-0000027
20-OCT-2015
01:00 PM**

SCWC-12-0000027

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CLARENCE L. MONTALVO, III,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000027; CR. NO. 07-1-0686(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/ Defendant-Appellant Clarence L. Montalvo,

III's application for writ of certiorari, filed on September 8,

2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 20, 2015.

Shawn A. Luiz
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

